No. 05–83. WASHINGTON v. RECUENCO. Sup. Ct. Wash. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 04–9842. JACKSON v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 04–10511. WILLIAMS v. MAYBERG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10639. MORIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–61. EDWARDS v. VIRGINIA INTERNATIONAL TERMINALS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–88. COOPER ET AL. v. SOUTHERN CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–92. UNITED STATES v. PHILIP MORRIS USA INC. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05–117. VERTRUE INC., FKA MEMBERWORKS INC. v. MEDVALUSA HEALTH PROGRAMS, INC. Sup. Ct. Conn. Certiorari denied.

No. 05–149. PRATER v. ORMISTON. C. A. 9th Cir. Certiorari denied.

No. 05–206. RODRIGUEZ-JURATOVAC ET AL. v. COMMONWEALTH OF PUERTO RICO ELECTORAL COMMISSION ET AL. Sup. Ct. P. R. Certiorari denied.

No. 05–209. N. E., AS BIOLOGICAL FATHER OF E. D. L., A MINOR v. HEDGES ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–210. TESTON v. ARKANSAS STATE BOARD OF CHIROPRACTIC EXAMINERS. Sup. Ct. Ark. Certiorari denied.